# EXHIBIT Z

# Cinemark Theatres

### By Cinemark USA

Open iTunes to buy and download apps.

View More by This Developer



View in iTunes

➕ This app is designed for both iPhone and iPad

**Free**

Category: Entertainment
Updated: Apr 26, 2016
Version: 2.7.0
Size: 80.2 MB
Language: English
Seller: Cinemark Holdings, Inc.
© 2016 Cinemark USA

Rated 12+ for the following:
Infrequent/Mild Alcohol, Tobacco, or Drug Use or References
Infrequent/Mild Horror/Fear Themes
Infrequent/Mild Cartoon or Fantasy Violence

**Compatibility:** Requires iOS 8.0 or later. Compatible with iPhone, iPad, and iPod touch.

### Customer Ratings

Current Version:
★★★⯪ 22 Ratings

## Description

Download the official and FREE Cinemark Theatres' iOS app to enjoy easy access to any domestic Cinemark theatre.

The simple, user-friendly interface allows you to:

Cinemark USA Web Site ▸   Cinemark Theatres Support ▸

...More

## What's New in Version 2.7.0

-Minor bug fixes
Introducing Cinemark Connections!
Get rewarded for every laugh, howl, and snort. Cinemark Connections provides you with unique experiences by

...More

## Screenshots

iPhone | iPad




53