IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CINEMARK USA, INC.** | § § § | |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| **ROBLOX CORPORATION and NUMEROUS UNNAMED JOHN/JANE DOES** | § § § | Case No.: 3:16-CV-1576 |
| Defendants. | § § | |

## JOINT MOTION TO DISMISS

Plaintiff, Cinemark USA, Inc. and Defendants, Roblox Corporation and Numerous Unnamed John/Jane Does stipulate, subject to the approval of the Court, that:

1. Any and all claims and/or counterclaims by both parties are dismissed with prejudice from the case.

2. Plaintiff, Cinemark USA, Inc. and Defendants, Roblox Corporation and Numerous Unnamed John/Jane Does each bear their own attorney's fees, expenses and costs.

**JOINT MOTION TO DISMISS** - 1 of 3

Date:   August 8, 2016                                              Respectfully submitted,

**WARREN RHOADES LLP**                                **LYNN PINKER COX &HURST, LLP**

/s/ *Sanford E. Warren, Jr.*                              */s/ Christopher J. Schwegmann*
Sanford E. Warren, Jr. (Lead Attorney)     Christopher J. Schwegmann
State Bar No.  20888690                              State Bar No. 240151315
swarren@wriplaw.com                                 cschwegmann@lynnllp.com
1212 Corporate Drive, Suite 250                 2100 Ross Avenue, Suite 2700
Irving, Texas  75038                                     Dallas, Texas 75201
Telephone:  972-550-2955                          (214) 981-3800 Telephone
Facsimile:  469-422-0091                            (214) 981-3839 Facsimile

R. Scott Rhoades                                          *Attorney for Defendants, Roblox Corporation*
State Bar No. 90001757                               *and Numerous Unnamed John/Jane Does*
srhoades@wriplaw.com
1212 Corporate Drive, Suite 250
Irving, Texas  75038
Telephone:  972-550-2997
Facsimile:  469-422-0091

*Attorneys for Plaintiff, Cinemark USA, Inc.*

**JOINT MOTION TO DISMISS** - 2 of 3

## CERTIFICATE OF SERVICE

The undersigned certifies that, on August 8, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Sanford E. Warren, Jr.*

Sanford E. Warren, Jr.