IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CINEMARK USA, INC.,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:16-cv-1576-O |
| **ROBOLOX CORPORATION and NUMEROUS UNNAMED JOHN/JANE DOES,** | § § § § | |
| Defendants. | § § | |

### ORDER

Before the Court is the parties' Joint Motion to Dismiss (ECF No. 14), filed on August 8, 2016. The parties request that the above-styled case be dismissed with prejudice. Having considered the motion, the Court finds that it should be and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that this matter is **DISMISSED with prejudice**. It is further **ORDERED** that each party will bear its own costs of court, attorney's fees, and other expenses.

**SO ORDERED** on this **9th** day of **August, 2016**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1