AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following

☐ Trademarks or    ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT | |
|---|---|---|---|
| PLAINTIFF | | DEFENDANT | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

| Patent or Trademark No. | Date of Patent or Trademark | Holder of Patent or Trademark |
|---|---|---|
| 1,540,958 | 5/23/1989 | Cinemark USA Inc |
| 1,598,964 | 5/29/1990 | Cinemark USA Inc |
| 1,660,126 | 10/8/1991 | Cinemark USA Inc |
| 1,831,626 | 4/19/1994 | Cinemark USA Inc |
| 1,982,838 | 6/25/1996 | Cinemark USA Inc |
| 2,238,053 | 4/13/1999 | Cinemark USA Inc |
| 2,390,351 | 9/26/2000 | Cinemark USA Inc |
| 2,390,388 | 9/26/2000 | Cinemark USA Inc |
| 2,693,359 | 3/4/2003 | Cinemark USA Inc |
| 3,148,292 | 9/26/2006 | Cinemark USA Inc |
| 3,672,021 | 8/25/2009 | Cinemark USA Inc |
| 3,733,210 | 1/5/2010 | Cinemark USA Inc |
| 3,861,458 | 10/12/2010 | Cinemark USA Inc |
| 4,017,185 | 8/23/2011 | Cinemark USA Inc |
| 4,460,198 | 12/31/2013 | Cinemark USA Inc |
| 4,460,197 | 12/31/2013 | Cinemark USA Inc |
| 4,488,580 | 2/25/2014 | Cinemark USA Inc |
| 4,488,580 | 3/4/2014 | Cinemark USA Inc |
| 4,491,103 | 11/3/2015 | Cinemark USA Inc |